**Minutes of the United States District Court**
**Southern District of California**
**January 10, 2008**

HON. LEO S. PAPAS DEPUTY CLERK: J. JARABEK

---

TAPE NO. LSP08-1; 9:50-9:52

07MJ2948-LSP USA vs. DANIEL RAY MOSES - (2) (C)

PRELIMINARY HEARING

GEORGE HUNT, CJA

AUSA: CHARLOTTE KAISER

---

GOVT'S ORAL MOTION TO DISMISS CASE AS TO DEFENDANT #2 ONLY WITHOUT PREJUDICE - GRANTED

ABSTRACT ISSUED TO USM

1 MINUTE